IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TONI LYNN DRINKARD, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COMMISSIONER OF SOCIAL § <br> SECURITY ADMINISTRATION, § <br> § <br> Defendant. § | CIVIL ACTION NO. 5:20-CV-0182-RWS-JBB |

### ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge pursuant to 28 U.S.C. § 636. The August 22, 2022 Report and Recommendation of the Magistrate Judge which contains the proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation have been filed. Thus, any aggrieved party is barred from de novo review by the district court of the proposed findings and recommendations of the Magistrate Judge.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 23rd day of September, 2022.**

_Robert W. Schroeder III_
_____
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE